Terrell BYBEE, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky

January 28, 1947.

Cecil Wilson and J. R. White for movant.

Eldon S. Dummit, Attorney General, and H. S. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Appeal overruled. Judgment affirmed.

### SHOMER v. SAUNDERS.

Court of Appeals of Kentucky

January 28, 1947.

Guy C. Shearer and Robert B. Hardison for movant.

Joseph Lazarus for respondent.

PER CURIAM.

Appeal denied. Judgment affirmed.